**FILED**
August 12, 2026
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

AURELIO-LOPEZ-CASTRO

Defendant.

Case No. 2:11-cr-0096 DC-9

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release AURELIO LOPEZ-CASTRO Case No. 2:11-cr-0096 DC-9 Charges 21 USC § 841(a)(1) from custody for the following reasons:

______ Release on Personal Recognizance

______ Bail Posted in the Sum of $ ____________________

______ Unsecured Appearance Bond $ ____________________

______ Appearance Bond with 10% Deposit

______ Appearance Bond with Surety

______ Corporate Surety Bail Bond

X (Other): Indictment DISMISSED. RELEASE FORTHWITH

Issued at Sacramento, California on August 12, 2026 at 2:04 PM

By: /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney